IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODROE DULANEY, | ) | 8:06CV360 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| CLEAR CHANNEL BROADCASTING, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to reschedule parties' scheduling conference (Filing No. 11).

IT IS ORDERED that defendant's motion is granted; a scheduling conference with the undersigned will be held on:

**Thursday, December 7, 2006, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 1st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court