# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WOODROE DULANEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLEAR CHANNEL BROADCASTING, INC., )<br>)<br>Defendant. ) | 8:06CV360<br><br>ORDER |

On the court's own motion, the pretrial conference previously set for August 27, 2007, at 11:00 a.m. is cancelled and is **rescheduled for August 24, 2007, at 1:30 p.m.** before the undersigned magistrate judge, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

**IT IS SO ORDERED.**

DATED this 18th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge