IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WOODROE DULANEY,                )
                                )
           Plaintiff,           )       8:06CV360
                                )
      v.                        )
                                )
CLEAR CHANNEL BROADCASTING,     )       ORDER
INC.,                           )
                                )
           Defendant.           )
_____)
```

       This matter is before the Court on defendant's motion to modify final progression order (Filing No. 22).  Accordingly,

       IT IS ORDERED that defendant's motion is granted. Motions may be filed regarding the second, third and eleventh defenses on or before March 14, 2007.

       DATED this 26th day of February, 2007.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court