IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
WOODROE DULANEY,              )
                              )
          Plaintiff,          )    8:06CV360
                              )
     v.                       )
                              )
CLEAR CHANNEL BROADCASTING,   )    ORDER
INC.,                         )
                              )
          Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation to amend final progression order (Filing No. 37). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted. Discovery is extended to and including July 20, 2007. All motions for summary judgment shall be filed on or before July 27, 2007.

DATED this 30th day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court