IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WOODROE DULANEY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV360 |
| | ) | |
| v. | ) | |
| | ) | |
| CLEAR CHANNEL BROADCASTING, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the stipulation of the parties (Filing No. 40). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs.

DATED this 5th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court